The Garfield National Bank, Respondent, v. George W. Kirchwey, Appellant.—Appeal from order of the General Term of the City Court affirming order directing defendant to make answer definite and certain. Hector M. Hitchings, for Appellant; J. J. Adams (John T Reed, of counsel), for Respondent. Order reversed.

Nathan Hutkoff, Respondent, v. Amelia Gorman, as Executrix, Appellant.— Appeal from judgment of the General Term of the City Court affirming order denying motion to set aside an order directing that the cause be restored to the calendar and set down for trial A. C. Shenstone, for Appellant; David Leventritt (Harold Nathan, of counsel), for Respondent. Appeal dismissed, with $10 costs and disbursements.

Evelyn Stedeker, Respondent, v. Cesar L. Pinto, Appellant.—Appeal from order of the General Term of the City Court, affirming orders denying motion to vacate order for defendant's examination in supplementary proceedings, and further enjoining him from transferring his property. Raphael R. Govin, for Appellant; Samuel Johnson, for Respondent. Appeal dismissed, with costs and disbursements.

John Heerdegen, Appellant, v. The American Surety Co., of New York, Respondent. Appeal from order of the General Term of the City Court, affirming orders requiring plaintiff to furnish a further bill of particulars. William R. Bronk, for Appellant; Henry C. Willcox (Rudolph Loreck, of counsel), for Respondent. Appeal dismissed, with $10 costs and disbursements.